## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **NANCY REICHLEY,** | : | **CIVIL ACTION** |
| **Plaintiff,** | : | |
| | : | |
| **v.** | : | |
| | : | **NO. 15-0607** |
| **CAROLYN W. COLVIN,** | : | |
| **Acting Commissioner of** | : | |
| **Social Security,** | : | |
| **Defendant.** | : | |

**FILED**

AUG – 1 2016

### ORDER

LUCY V. CHIN, Interim Clerk
By _____ Dep. Clerk

AND NOW, this 1st    day of    August         , 2016, upon careful

consideration of the Report and Recommendation filed by United States Magistrate Judge Lynne

A. Sitarski, and upon independent review of the briefs filed by the parties, it is hereby

ORDERED that:

1.    the Report and Recommendation is APPROVED and ADOPTED;

2.    Plaintiff's Request for Review is GRANTED; and

3.    this matter is REMANDED to the Commissioner for further proceedings

consistent with the Report and Recommendation.

BY THE COURT:

_____
JOSEPH F. LEESON, JR.,        J.